MILLER MANUFACTURING COMPANY v. INTERNATIONAL CHURCH FILM COR-

PORATION.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.